**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**GERALD WEBB**                                                        **PLAINTIFF**

V.                           NO. 1:12CV00069-JTR

**UNITED STATES OF AMERICA**                              **DEFENDANT**

**ORDER**

Pursuant to Amended General Order 54, the following individuals are authorized to bring electronic devices into the courthouse for the January 22, 2014 bench trial: (1) counsel and their staff; (2) Dr. Jody Bradshaw; (3) Dr. Pramod Nelluri; and (4) Dr. Earl Peeples. They should present this Order to court security personnel at the security checkpoint.

DATED THIS __14th__ DAY OF January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE