# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

GERALD WEBB                                               PLAINTIFF

V.                    NO. 1:12CV00069-JTR

UNITED STATES OF AMERICA                      DEFENDANT

## ORDER

On January 22, 2014, the Court conducted a nonjury trial in this case. After Plaintiff testified and introduced the deposition testimony of his only expert witness, Dr. Michael Moore, he rested his case.[1]

Defendant immediately moved for Judgment on Partial Findings, pursuant to Fed. R. Civ. P. 52(c), based on Plaintiff's failure to introduce the required expert medical testimony to make a prima facie case under Ark. Code Ann. § 16-114-206(a)(3). The Court heard arguments from counsel for both sides and then announced its ruling from the bench. As explained by the Court, in its findings of fact and conclusions of law (which were made on the record after counsel completed their

---

[1] Prior to trial, Plaintiff's counsel provided the Court with a copy of Dr. Moore's deposition, *Pl.'s Ex. 1*, which Defendant's counsel stipulated should be admitted into evidence, without objection. The Court then carefully read Dr. Moore's deposition and the attached documents and carefully considered that evidence, along with Plaintiff's testimony, before ruling on Defendant's Motion for Judgment on Partial Findings.

arguments), Defendant is entitled to judgment as a matter of law.

DATED this  22nd  day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE