# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

GERALD WEBB                                              PLAINTIFF

V.                      NO. 1:12CV00069-JTR

UNITED STATES OF AMERICA                             DEFENDANT

## JUDGMENT

Pursuant to the Court's findings of fact and conclusions of law, stated on the record at the close of Plaintiff's case, Judgment on Partial Findings is hereby entered in favor of Defendant and this case is hereby dismissed with prejudice.

DATED this __22nd__ day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE